UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROBERT BRYANT, JR., ID #1419907 | § § § | |
| *Petitioner,* | § § | |
| | § | Civil Action No. 3:23-CV-1537-X-BH |
| v. | § § | |
| FNU VILLALOBOS, Warden, | § § | |
| *Respondent.* | § § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case.  (Doc. 13).  No objections were filed.  The District Court reviewed the proposed findings, conclusions, and recommendation for plain error.  Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS SO ORDERED** this 2nd day of January, 2024.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1